IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
**Judge Wiley Y. Daniel**

Civil Action No. 05-CV-02191-WYD-MEH

CHRISTINA M. VALENTINE,

    Plaintiff,

v.

VALLEY CHRYSLER-DODGE, INC.;
CHARLES VANGUNDY; and
CHRISTOPHER BOGGS,

    Defendants.

## ORDER OF DISMISSAL

THIS MATTER comes before the Court on the parties' Stipulated Motion for Dismissal with Prejudice filed June 30, 2006. After a careful review of the Stipulation and the file, the Court concludes that the case should be dismissed with prejudice. Accordingly, it is

ORDERED that the Stipulated Motion for Dismissal with Prejudice is **GRANTED**, and this matter is **DISMISSED WITH PREJUDICE**, each party to bear their own costs and attorney's fees.

Dated:  July 5, 2006

                                        BY THE COURT:

                                        s/ Wiley Y. Daniel
                                        Wiley Y. Daniel
                                        U. S. District Judge